

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2020

**BY ECF**
The Honorable Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *United States v. $38,406,717.42 in United States Currency,*
         20 CIV. 6173 (PGG)

Dear Judge Gardephe:

      The Government respectfully requests that the Court enter the attached proposed Judgment of Forfeiture as no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:   /s/ Jacob M. Bergman
      JACOB M. BERGMAN
      United States Attorney's Office
      Southern District of New York
      86 Chambers Street
      New York, New York 10007
      Tel: (212) 637-2776
      Fax: (212) 637-2686